[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-12958
Non-Argument Calendar
_____

D.C. Docket No. 4:17-cr-00259-WTM-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEANDRE DAVIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(October 23, 2019)

Before WILSON, BRANCH and ANDERSON, Circuit Judges.

PER CURIAM:

W. Lamar Fields, appointed counsel for Deandre Davis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Davis's conviction and sentence are **AFFIRMED.**